**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

K.D., : No. 658 MAL 2021
:
           Petitioner :
:
            : Petition for Allowance of Appeal
            : from the Order of the Superior Court
      v. :
:
:
E.D., :
:
           Respondent :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.